FILED
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 0 2 2026

BY
DEPUTY____________

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Crim. No. 1:26-CR-120 |
| | § | Judge Crone-Hawthorn |
| NOEL VILLEDA ARTEAGA | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 875(c)
(Interstate Communications with
Threat to Kidnap or Injure)

On or about February 14, 2025, in the Eastern District of Texas and elsewhere, the defendant, **Noel Villeda Arteaga,** did knowingly transmit in interstate commerce, by way of Meta Platforms, Inc., through its message application "Facebook Messenger," a threat to injure another; to-wit, the defendant posted and transmitted a message on Facebook Messenger to C.B. that was stated he was going to kill C.B.

In violation of 18 U.S.C. § 875(c).

### Count Two

Violation: 18 U.S.C. § 875(c)
(Interstate Communications with
Threat to Kidnap or Injure)

On or about July 13, 2025, in the Eastern District of Texas and elsewhere, the defendant, **Noel Villeda Arteaga,** did knowingly transmit in interstate commerce, by way of Meta Platforms, Inc., through its message application "Facebook Messenger," a threat

to injure another; to-wit, the defendant posted and transmitted a message on Facebook Messenger to C.B. that was stated he was going to kill C.B.'s "family."

In violation of 18 U.S.C. § 875(c).

**Count Three**

Violation: 18 U.S.C. § 875(c)
(Interstate Communications with
Threat to Kidnap or Injure)

On or about August 5, 2026, in the Eastern District of Texas and elsewhere, the defendant, **Noel Villeda Arteaga,** did knowingly transmit in interstate commerce, by way of Meta Platforms, Inc., through its message application "Facebook Messenger," a threat to injure another; to-wit, the defendant posted and transmitted a message on Facebook Messenger to C.B. that was stated he was going to kill C.B.'s "family."

In violation of 18 U.S.C. § 875(c).

A TRUE BILL

GRAND JURY FOREPERSON

JAY R. COMBS
UNITED STATES ATTORNEY

JOSEPH R. BATTE
Assistant United States Attorney

Date 9/2/2026

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Crim. No. 1:26-CR-120 |
| | § | Judge ____________ |
| NOEL VILLEDA ARTEAGA | § | |

**NOTICE OF PENALTY**

**Counts 1-3**

Violation: 18 U.S.C. § 875(c)

Penalty: Imprisonment of not more than five (5) years, a fine not to exceed $250,000, or both, a term of supervised release of not more than (3) years.

Special Assessment: $100.00