AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

## EXHIBIT AND WITNESS LIST

USA
V.
Noel Villeda Arteaga

Case Number: 1:26-cr-00120-MAC-ZJH-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Zack Hawthorn | Joseph Batte | Alejandro Macias |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/9/2026 | Tonya Piper | Tonya Piper |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/9/2026 | | | W1-Matthew Neal (D, C) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| | | 9/9/2026 | x | x | Court's exhibit 1 - Pretrial Services Report (SEALED) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.